■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICK GRIVAS, Appellant. [722 NYS2d 163] —Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered April 7, 1998, convicting defendant, after a jury trial, of burglary in the second degree (two counts) and possession of burglar's tools, and sentencing him, as a persistent violent felony offender, to two concurrent terms of 16 years to life concurrent with a term of 1 year, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility determinations, which are supported by the record.

The procedure under which defendant was sentenced as a persistent violent felony offender was not unconstitutional (*Almendarez-Torres v United States*, 523 US 224; *Apprendi v New Jersey*, 530 US 466). Concur—Sullivan, P. J., Tom, Mazzarelli, Ellerin and Friedman, JJ.

■ In the Matter of the Estate of FRANCES M. CHABRIER, Deceased, Respondent. COCA-COLA BOTTLING Co., Appellant. [722 NYS2d 740] —Order, Surrogate's Court, Bronx County (Lee Holzman, S.), entered March 3, 2000, which denied petitioner's application to vacate a prior decree appointing co-guardians of the subject infant's estate, unanimously affirmed, without costs.

The application was properly denied on the ground that petitioner, whose only connection to the subject infant's estate is as the defendant in a personal injury action brought by the estate, is not a creditor of or person interested in the estate with standing to seek revocation of the co-guardians' letters (SCPA 711; *see, Matter of Menis*, 137 AD2d 692). We have considered petitioner's other arguments, including that the Surrogate should have revoked the co-guardians' letters *sua sponte* pursuant to SCPA 719 (10), and find them unavailing. Concur—Sullivan, P. J., Tom, Mazzarelli, Ellerin and Friedman, JJ.